**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **NICHOLAS COLINO** | : | |
| | : | **Case No. 3:25-CV-00346** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **COMMUNITY HEALTH CENTER, INC.** | : | |
| | : | |
| **Defendant** | : | |

**NOTICE OF RULE 41 DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff hereby gives notice that the claims of the individual Plaintiff, Nicholas Colino, are voluntarily dismissed without prejudice.

Dated: April 29, 2026

Respectfully submitted,

The Plaintiff, NICHOLAS COLINO,
Individually, and on behalf of all others
similarly situated

By his attorneys,

*Richard E. Hayber*

Richard E. Hayber
Hayber, McKenna & Dinsmore, LLC
Juris No.: 426871
750 Main Street, Suite 904
Hartford, CT 06103
Email: rhayber@hayberlawfirm.com